IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN DOE, | CASE NO. 4:20-CV-00090 |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| JANE ROE, THE TRUSTEES OF PURDUE UNIVERSITY, ALYSSA C. ROLLOCK, KATHERINE L. SERMERSHEIM, LAURA ODOM, DAWN GROSS, CHRISTIE WRIGHT, and PANEL ADJUDICATORS, | |
| Defendants. | |

Plaintiff pursuant to FRCP 41(a)(1)(A)(i), now dismisses with prejudice his claims against all defendants, with no costs or attorneys' fees being taxed against any party.

Respectfully submitted,

/s/ *Eric Rosenberg*
Eric J. Rosenberg (Ohio Bar No. 0069958)
Rosenberg & Ball Co. LPA
205 S. Prospect Street
Granville, Ohio 43023
740.644.1027 phone
866.498.0811 fax
erosenberg@rosenbergball.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2021, I filed the foregoing NOTICE OF DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of the filing to all registered parties. Additionally, I served the same by electronic mail on the following attorneys for defendants:

William P. Kealey
Stuart & Branigan LLP
300 Main Street, Suite 900
PO Box 1010
Lafayette, IN 47902-1010
*Attorney for Purdue Defendants*

Luisa M. White
Luisa M. White Law, LLC
300 Main Street, Ste. 600
Lafayette, IN 47901
*Attorney for Defendant Jane Roe*

/s/ *Eric J. Rosenberg*
Eric J. Rosenberg (0069958)